[No. 13823-9-II.   Division Two.   April 17, 1992.]

RAYMOND H. TINNON, SR., *Respondent*, v. JAMES N.
STUBBS, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for
Pierce County, No. 85-2-05120-9, Nile E. Aubrey, J.,
entered March 16, 1990. *Affirmed* by unpublished opinion
per Alexander, J., concurred in by Petrich, C.J., and Sein-
feld, J.

[No. 26704-3-I.   Division One.   April 20, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. SAMMIE
HARTFIELD, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 89-1-03293-3, Janice Niemi, J., entered August
2, 1990. *Dismissed* by unpublished per curiam opinion.

[No. 27710-3-I.   Division One.   April 20, 1992.]

DAVID R. CHAPPEL, *Respondent*, v. JAMES B. PARSONS,
ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for King
County, No. 89-2-17358-1, Faith Enyeart, J., entered Janu-
ary 9, 1991. *Affirmed* by unpublished per curiam opinion.

[No. 27517-8-I.   Division One.   April 20, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN
ALEXANDER HENDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 89-8-06032-1, Susan R. Agid, J., entered
November 13, 1990. *Dismissed* by unpublished per curiam
opinion.